**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-03929-RBJ

MARCOS T. CAMPOS-MELARA,

      Petitioner,

v.

KRISTI NOEM, ROBERT HAGAN,
PANELA BONDI,
WARDEN – LNU, Aurora Detention Center
in their official capacities,

      Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Orders of Senior United States District Judge R. Brooke Jackson entered on January 9, 2026, [ECF No. 18] and June 8, 2026, [ECF No. 21], it is

ORDERED that the Petition for Writ of Habeas Corpus [ECF No. 1] is GRANTED. It is

FURTHER ORDERED that, as the prevailing party, the petitioner is awarded costs, to be taxed by the Clerk of Court pursuant to Fed.R.Civ.P. 54(d)(1), D.C.COLO.LCivR 54.1 and 28 U.S.C. §2412(a)(1). It is

FURTHER ORDERED that this case is closed.

      Dated at Denver, Colorado this 8th day of June, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


By:   s/   M. Smotts
_____

M. Smotts, Deputy Clerk